# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
WILLIAM LESTER WITTER,
Real Party in Interest.

No. 75417

FILED

MAY 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus challenging the district court's order granting a motion to enter a third amended judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. The State may litigate claims challenging the applicability of the decisions in *Whitehead v. State*, 128 Nev. 259, 285 P.3d 1053 (2012), and *Slaatte v. State*, 129 Nev. 219, 298 P.3d 1170 (2013), and the effect of the third amended judgment of conviction in the appeals pending in *Witter v. State*, Docket Nos. 73431, 73444. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____ J.
Parraguirre

_____, J.
Stiglich

18-18475

cc: Hon. Stefany Miley, District Judge
Attorney General/Carson City
Clark County District Attorney
Federal Public Defender/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A